PD-1737-13

PD-1737-13
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/2/2015 4:54:32 PM
Accepted 2/4/2015 11:00:15 AM
ABEL ACOSTA
CLERK

# BALL & HASE

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW

**WES BALL**
BOARD CERTIFIED-CRIMINAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

**DON HASE**
BOARD CERTIFIED-CRIMINAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

**4025 WOODLAND PARK BLVD
SUITE 100
ARLINGTON, TEXAS 76013**

**TELEPHONE (817) 860-5000
TELEFAX (817) 860-6645**

February 2, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

FILED IN
COURT OF CRIMINAL APPEALS

February 4, 2015

ABEL ACOSTA, CLERK

   *Re: Voltmann v. State, PD-1737-13*

Dear Mr. Acosta:

The referenced case is pending a decision on the State's Petition for Discretionary Review that was filed January 15, 2014.  I filed a response on behalf of Mr. Voltmann (Appellant) on February 13, 2014 opposed to the grant of the State's PDR.  To date, it appears that no decision has been made and nothing is on the court's calendar concerning this case.

Appellant's case was reversed in part by the Court of Appeals which found the evidence insufficient to support a deadly weapon finding and directed that the judgment be reformed. Voltmann v. State, No. 14-12-00590-CR (Tex. App. – Houston [14th] September 5, 2013, pet. filed.) (mem. op., not designated for publication).  The State's PDR has delayed the removal of the deadly weapon finding which is being applied to Mr. Voltmann who is confined in the Institutional Division of the Texas Department of Criminal Justice, delaying consideration for parole.

Appellant's counsel has taken note that this Honorable Court has recently decided a case that would appear to be in his favor in Brister v. State, 2014 WL 6967829 (Tex. Crim. App. Dec. 10, 2014).  Appellant's counsel contacted the clerk's office by telephone in the past couple of months to inquire about the status of the case and is now concerned that a decision will not be

made until long after Appellant has served a sentence being treated as "aggravated" pursuant to Article 421.12 3g Tex. Code Crim. Proc. when it ultimately will not be the final judgment of the Court.  Appellant requests that you bring this letter of inquiry to the attention of the members of the Court.

Respectfully,


 /s/ Wes Ball_____
WES BALL

WB/md

cc:     Tarrant County District Attorney's Office
        Mr. Max Voltmann